No. 74–108. REGAN, CHAIRMAN, NEW YORK STATE BOARD OF PAROLE, ET AL. *v.* JOHNSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Eastern District of New York with directions to dismiss cause as moot.

No. A–340. CALLEY *v.* CALLAWAY, SECRETARY OF THE ARMY, ET AL. Application to vacate stay entered by the United States Court of Appeals for the Fifth Circuit on September 26, 1974, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied as moot.

No. A–386. REPUBLIC OF VIETNAM *v.* PFIZER, INC., ET AL. C. A. 8th Cir. Application for injunction, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–392. REAMER *v.* BEALL, U. S. ATTORNEY, ET AL. Application for stay of judgment of the United States District Court for the District of Maryland, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending further order of the Court.